# Order

Michigan Supreme Court
Lansing, Michigan

April 2, 2019

158426

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JILL TOWNES and KELLY ISQUIERDO,
     Plaintiffs-Appellants,

v

NICHOLAS SOLIS-VELASQUEZ, ISABEL
MENDOZA and USAA CASUALTY
INSURANCE COMPANY,
     Defendants-Appellees.

SC: 158426
COA: 342360
Kent CC: 16-001454-NI

_____/

     On order of the Court, the application for leave to appeal the August 8, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



Clerk

p0325